UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:
SUSAN KATHLEEN LEVELY

Case No.: 08-32429
Chapter 7
Hon. DANIEL S. OPPERMAN

Debtor(s).
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $4,824.93 represents the unclaimed dividends in this estate, and is paid to the Bankruptcy Court. The name and address of the parties entitled to these unclaimed dividends are as follows:

| Claim No.: | Creditor Name/Address | Amount |
|---|---|---|
| 15 | Genesis Lending Servic<br>#xxx2440<br>8405 SW Nimbus Ave., Suite A<br>Beaverton, OR  97008 | $4,824.93 |

Dated: 10/29/10

./s/ Collene K. Corcoran, Trustee
Collene K. Corcoran, Trustee
PO Box 535
Oxford, MI  48371
(248) 969-9300
ccorcoran@epiqtrustee.com