**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - FLINT**

**IN RE:**
**SUSAN KATHLEEN LEVELY**

**Case No.: 08-32429**
**Chapter 7**
**Hon. DANIEL S. OPPERMAN**

Debtor(s).
_____/

**NOTICE OF UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $753.39 represents the unclaimed dividends in this estate, and is paid to the Bankruptcy Court. The name and address of the parties entitled to these unclaimed dividends are as follows:

| Claim No.: | Creditor Name/Address | Amount |
|:---:|:---|---:|
| 22 | Sprint<br>PO Box 6419<br>Carol Stream, IL 60197 | $753.39 |

Dated: 10/29/10

./s/ Collene K. Corcoran, Trustee
Collene K. Corcoran, Trustee
PO Box 535
Oxford, MI 48371
(248) 969-9300
ccorcoran@epiqtrustee.com