UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Susan Kathleen Levely             Case No.  08-32429-DOF
                                  Chapter   7

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit the sum of Seven Hundred Fifty-three and 39/100 dollars ($753.39) of unclaimed funds held in the U.S. Treasury to:

> Dex Media
> c/o Dilks & Knopik, LLC
> 35308 SE Center Street
> Snoqualmie, WA  98065-9216

**Signed on October 09, 2018**

/s/ Daniel S. Opperman
**Daniel S. Opperman**
**United States Bankruptcy Judge**